**Criminal Case Cover Sheet**                                     U.S. District Court - District of Massachusetts

**Place of Offense:** Boston     **Category No.** II     **Investigating Agency** ATF

**City** Boston
**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____     Case No. _____
Same Defendant _____     New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____     ☐ Yes  ☑ No

**Defendant Name** Ruben Joel Sanchez Jr.     **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes ☑ No

**Alias Name:**
**Address:** Youngstown, OK
**Birth date (Yr only):** 1994   **SSN (last 4#):** 2713   **Sex:** M   **Race:** _____   **Nationality:** USA

**Defense Counsel if known:** _____     **Address:** _____
**Bar Number:** _____

**U.S. Attorney Information**
**AUSA:** Julissa Walsh, Anne Paruti     **Bar Number if applicable:** 704235, 670356

**Interpreter:** ☑ Yes  ☐ No     **List language and/or dialect:** Spanish

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☐ Warrant Requested     ☐ Regular Process     ☑ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment
**Total # of Counts:** ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 1/8/2026     **Signature of AUSA:** [signature]

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Ruben Joel Sanchez Jr.

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(a)(1)(A) | engaging in the business of dealing in firearms | 1 |
| Set 2 | 18 U.S.C. § 922(g)(1) | felon in possession of firearms and ammunition | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013